# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                       Chapter 13

                                       Bankruptcy No. 15-15860-ELF

THU THACH

2924 S. 62ND STREET

PHILADELPHIA, PA 19142-

        Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    THU THACH

    2924 S. 62ND STREET

    PHILADELPHIA, PA 19142-

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

                          /S/ William C. Miller

Date: 11/17/2017               _____

                          William C. Miller, Esquire
                          Chapter 13 Standing Trustee