# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Thu Thach<br>　　　　　　　　　Debtor<br><br>US BANK NATIONAL ASSOCIATION AS TRUSTEE<br>FOR PA HOUSING FINANCE AGENCY<br>　　　　　　　　　Movant<br>　　　　vs.<br><br>Thu Thach<br>　　　　　　　　　Debtor<br><br>Dul Thach<br>Sang Thi Kim<br>　　　　　　　　　Co-Debtors<br><br>William C. Miller Esq.<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 15-15860 ELF<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Motion of US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PA HOUSING FINANCE AGENCY for Relief from the Automatic Stay Under Sections 362 and 1301, which was filed with the Court on or about July 26, 2018 (Document No. 61).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

October 19, 2018