United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                          Case No. 15-15860-elf

Thu Thach                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                     Page 1 of 2

Date Rcvd: Jul 16, 2021                         Form ID: 138NEW                          Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thu Thach, 2924 S. 62nd Street, Philadelphia, PA 19142-3406 |
| 13581631 | + | Acs Inc, Attn: Bankruptcy, PO Box 56317, Philadelphia, PA 19130-6317 |
| 13581632 | + | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422-2206 |
| 13581633 | + | City of Philadelphia/ Parking Tickets, P.O. Box 41819, Philadelphia, PA 19101-1819 |
| 13581634 | + | Four Ace Auto Body Repair, Scott Diclaudio, 2011 Larry Street, Philadelphia, PA 19142-1234 |
| 13581635 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13581636 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 13581640 | + | Paseh Voker, 2311 Alfred Drive, Apt D, Yeadon, PA 19050-4133 |
| 13581641 | + | Thu Thach, 2924 S. 62 nd Street, Philadelphia, PA 19142-3406 |
| 13621576 | + | US Bank National Association, Et Al, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, Pennsylvania 17101-1406 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, Law Revenue Bureau, c/o Megan N. Harper, Esquire, 1401 John F. Kennedy Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| 13667712 | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13666102 | + | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13581637 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | PA Department of Revenue, Dept 280946, Harrisburg, PA 17128-0001 |
| 13581638 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | PA Department of Revenue, Dept 280948, Harrisburg, PA 17128-0001 |
| 13581639 | + | Email/Text: blegal@phfa.org | Jul 16 2021 23:32:00 | PA HOUSING FINANCE AGENCY-HEMAP, 211 NORTH FRONT STREET, HARRISBURG, PA 17101-1406 |
| 13589434 | + | Email/Text: bankruptcy@philapark.org | Jul 16 2021 23:32:00 | Philadelphia Parking Authority, 701 Market St. |

Suite 5400, Philadelphia, PA 19106-2895

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | on behalf of Debtor Thu Thach aaamcclain@aol.com edpabankcourt@aol.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor US BANK NATIONAL ASSOCIATION Et Al... Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| LEON P. HALLER | on behalf of Creditor US BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor US BANK NATIONAL ASSOCIATION Et Al... bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor US BANK NATIONAL ASSOCIATION Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Thu Thach

   Debtor(s)               Bankruptcy No: 15−15860−elf

                       Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed his final report and account.

☑  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

 4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

 5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                      For The Court
                      Timothy B. McGrath
                      Clerk of Court

Dated: 7/16/21

                          87 − 86
                        Form 138_new